IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DOCUMENT GENERATION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ALLSCRIPTS, LLC, et al., <br><br> Defendants. | Civil Action No. 6:08-CV-479 <br><br> Jury Trial Demanded |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMS BETWEEN DOCUMENT GENERATION CORPORATION AND MCKESSON INFORMATION SOLUTIONS LLC

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Document Generation Corporation ("DGC") and Defendant McKesson Information Solutions LLC ("McKesson"), having agreed to settle all claims brought against one another in the above-referenced matter by way of a settlement agreement entered into by the parties, hereby move through their designated counsel that all claims in the above-captioned action against one another be dismissed with prejudice to the re-filing of same or any part thereof.

DGC and McKesson further move this Court to order that all costs and expenses relating to this litigation shall be borne by the party incurring same.

A proposed Order accompanies this motion pursuant to Local Court Rule CV-7(a).

1

Dated: November 18, 2009                            Respectfully submitted,

THE SIMON LAW FIRM, PC                              FISH & RICHARDSON P.C.

By: /s/ Anthony G. Simon                            By: /s/ Nagendra Setty *(with consent)*

Anthony G. Simon #38745                             Nagendra Setty
Timothy E. Grochocinski #1443732                    State Bar No. 636205
THE SIMON LAW FIRM, PC                              George L. Kanabe
701 Market Street, Suite 1450                       State Bar No. 103906
Saint Louis, Missouri 63101                         FISH & RICHARDSON P.C.
P.314.241.2929                                      1180 Peachtree Street
F.314.241.2029                                      Atlanta, GA 30309
teg@simonlawpc.com                                  Telephone: (404) 892-5005
asimon@simonlawpc.com                               Telecopier: (404) 892-5002

**COUNSEL FOR DOCUMENT**                            **COUNSEL FOR McKESSON**
**GENERATION CORPORATION**                          **INFORMATION SOLUTIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 18, 2009, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMS BETWEEN DOCUMENT GENERATION CORPORATION AND MCKESSON INFORMATION SOLUTIONS LLC via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

/s/ Anthony G. Simon
Anthony G. Simon