IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DOCUMENT GENERATION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALLSCRIPTS, LLC, et al.,<br><br>Defendants. | Civil Action No. 6:08-CV-479<br><br>Jury Trial Demanded |

### DISMISSAL WITH PREJUDICE OF CLAIMS BETWEEN DOCUMENT GENERATION CORPORATION AND MCKESSON INFORMATION SOLUTIONS LLC

The Court, having jurisdiction over Plaintiff Document Generation Corporation ("DGC") and Defendant McKesson Information Solutions LLC ("McKesson") and the subject matter pursuant to 28 U.S.C. §1338, and having considered DGC and McKesson's Joint Motion for Dismissal with Prejudice, ORDERS that all claims brought in the above-referenced matter between DGC and McKesson are hereby dismissed with prejudice to the re-filing of same or any part thereof. Each party is to bear its own attorneys fees and expenses incurred in this action. All relief not expressly granted herein is denied.