## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| DOCUMENT GENERATION CORPORATION, § § § Plaintiff, § § v. § § ALLSCRIPTS, LLC, et al., § § Defendants. § § | No. 6:08-CV-479-LED-JDL |

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS BETWEEN DOCUMENT GENERATION CORPORATION AND EPIC SYSTEMS CORPORATION

Plaintiff Document Generation Corporation ("DGC") and Defendant Epic Systems Corporation ("Epic") hereby move, through their designated counsel, to dismiss with prejudice all claims and counterclaims against one another in the above-referenced matter. The parties respectfully request that DGC's claims be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), and that Epic's counterclaims be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(c).

DGC and Epic further request this Court order that each party shall bear its own costs, expenses and attorneys' fees relating to this litigation.

Dated: December 31, 2009

Respectfully submitted,

By: /s/ *Anthony G. Simon*
Anthony G. Simon
asimon@simonlawpc.com
Timothy E. Grochocinski
teg@simonlawpc.com
THE SIMON LAW FIRM, PC
701 Market Street, Suite 1450
Saint Louis, Missouri  63101
Tel:  314.241.2929
Fax: 314.241.2029

Greg Love
LOVE LAW FIRM, PC
109 West Tyler Street
Longview, Texas  75601
Tel:  903.212.4444
Fax: 903.230.5684
gplove@mac.com

**Attorneys for Plaintiff**
**Document Generation Corporation**

By: /s/ *Martha Jahn Snyder*
Anthony A. Tomaselli
anthony.tomaselli@quarles.com
Kristin Graham Noel
kristin.noel@quarles.com
Matthew J. Duchemin
matthew.duchemin@quarles.com
Martha Jahn Snyder
martha.snyder@quarles.com
QUARLES & BRADY, LLP
33 East Main Street, Suite 900
Madison, Wisconsin  53703
Tel:  608.251.5000
Fax: 608.251.9166

Michael A. Jaskolski
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-4497
Tel: 414.277.5000
Fax: 414.271.3552
maj@quarles.com

Eric H. Findlay
State Bar No. 00789886
Findlay Craft, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Tel:  903.534.1100
Fax: 903.534.1137
efindlay@findlaycraft.com

**Attorneys for Defendant**
**Epic Systems Corporation**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2009, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                                    */s/ Martha Jahn Snyder*
                                                                    Martha Jahn Snyder