IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DOCUMENT GENERATION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALLSCRIPTS, LLC, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ No. 6:08-CV-479-LED-JDL<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Having considered the Joint Motion for Dismissal with Prejudice of All Claims and Counterclaims Between Document Generation Corporation and Epic Systems Corporation, the Court hereby ORDERS that all claims and counterclaims brought in the above-referenced matter by and between Document Generation Corporation and Epic Systems Corporation are dismissed with prejudice to the re-filing of same or any part thereof.  Each party is to bear its own costs, expenses and attorneys' fees incurred in connection with this litigation.  All relief not expressly granted herein is denied.

QB\9446578.1