IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DOCUMENT GENERATION CORPORATION,<br>Plaintiff,<br>v.<br>ALLSCRIPTS, LLC, et al.,<br>Defendants. | Case No. 6:08-cv-479 (LED) |

## ORDER

The Court, having considered Plaintiff's and Defendants Allscripts, LLC, Misys Home Healthcare Systems, LLC and Allscripts-Misys Healthcare Solutions, Inc. ("Defendants") Agreed Motion to Stay Deadlines Between Plaintiff and Defendants hereby GRANTS the parties' motion and stays the deadlines between Plaintiff and Defendants in the above referenced action.

Plaintiff and Defendants are instructed to either file a stipulation of dismissal or advise the Court as to the status of the parties' efforts to reduce the settlement to a formal written settlement agreement within 30 days of the entry of this Order.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE