## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| DOCUMENT GENERATION | § | |
| CORPORATION, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 6:08-CV-479** |
| | § | |
| ALLSCRIPTS, LLC, et al. | § | |

### FINAL JUDGMENT

Pursuant to the orders dismissing the claims of all parties, the Court hereby enters Final Judgment.  The defendants dismissed from this case were: Sage Software Healthcare, Inc. (Doc. No. 189); McKesson Information Solutions, LLC (Doc. No. 196); Eclipsys Corporation (Doc. No. 220); Epic Systems Corporation (Doc. No. 221); Medical Information Technology, Inc. (Doc. No. 237); Cerner Corporation (Doc. No. 263); and Allscripts, LLC, Misys Healthcare Systems, and Allscripts-Misys Healthcare Solutions, Inc.

It is therefore **ORDERED, ADJUDGED and DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**.  All costs are to be borne by the party that incurred them.

It is further **ORDERED, ADJUDGED and DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 4th day of June, 2010.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**